IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA

MAY 0 1 2006

LUTHER D. THOMAS, CLERK
By: _____
        Deputy Clerk

| | |
|---|---|
| ELEANOR N. DAVENPORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:06-CV-0480 - GET |
| FLOCO FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

### AGREED ORDER TO AMEND COMPLAINT

UPON AGREEMENT of the parties through their respective counsel plaintiff shall be allowed to amend, file and serve an amended complaint to add as a party defendant, Thomson Plaza.

IT IS SO ORDERED.

THIS THE 1st DAY OF May 2006.

_____
UNITED STATES DISTRICT
JUDGE G. ERNEST TIDWELL

APPROVED AS TO CONTENT AND FOR ENTRY BY:

/s/ Eric P. von Wiegen
Eric P. von Wiegen, Esq.
Counsel for Plaintiff
4804 Sorrell Way
Lexington, Kentucky
Phone: 859-296-4560
epvw@msn.com

T. McAfee, Esq.
Proctor Chambers & Hutchins
8010 Roswell Road, Suite 245
Atlanta, GA 30350
Phone: 770-394-3500

- and –

Counsel for Defendant, Floco Foods, Inc. by:

| | |
|---|---|
| */s/ Merlyn B. Dodson* | Swift, Currie, McGhee & Hiers, LLP |
| Merlyn B. Dodson | The Peachtree – Suite 300 |
| Georgia State Bar No. 141805 | 1355 Peachtree Street NE |
| lyn.dodson@swiftcurrie.com | Atlanta, GA 30309 |
| Lynn M. Roberson, Esq. | (404) 874-8800 |
| Georgia State Bar No. 557490 | Counsel for Defendant |
| Lynn.roberson@swiftcurrie.com | |

1616086v.1